**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIE AGUILAR, JR.,<br>Booking #25000185,<br><br>                               Plaintiff,<br><br>vs.<br><br>IMPERIAL COUNTY BOARD OF SUPERVISORS, JOHN DOE #1, Deputy Sheriff, JOHN DOE #2, Deputy Sheriff, JOHN DOE #, Deputy Sheriff,<br><br>                               Defendants. | Case No.:  3:25-cv-0538-RBM-DDL<br><br>**ORDER DENYING PLAINTIFF'S PENDING MOTIONS FOR INJUNCTIVE RELIEF**<br><br>**[Docs. 11, 13]** |

On March 6, 2025, Louie Aguilar ("Plaintiff"), a detainee proceeding pro se, filed a Complaint pursuant to 42 U.S.C. § 1983 (Doc. 1), along with an Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Application") (Doc. 2).  Plaintiff subsequently filed several letters (Docs. 3–5), a Motion for Injunctive Relief (Doc. No. 6), a First Amended Complaint (Doc. 7), and another Motion for Injunctive Relief (Doc. 8).

On May 21, 2025, the Court denied Plaintiff's IFP Application and dismissed this action without prejudice.  (Doc. 9.)  The Court notified Plaintiff that, to have his case

reopened, he must either pay the full $405 civil filing fee or file a renewed IFP application that includes a prison certificate signed by a trust accounting official by July 2, 2025. (*Id.* at 3–4.) The Court also denied Plaintiff's motions for injunctive relief as moot because the case had been dismissed and therefore there was "'no operative complaint on which to base [his] preliminary injunction motions.'" (*Id.* at 3 (quoting *Cupp v. Harris*, No. 2:16-cv-00523-TLN-KJN, 2018 WL 4904819, at *1 (E.D. Cal. Oct. 9, 2018)).)

On May 30, 2025, Plaintiff re-filed his First Amended Complaint (Doc. 10[1]) and filed a Motion Seeking Temporary Injunction/Court Oder (Doc. 11). On June 2, 2025, Plaintiff filed a "Brief Notification Regarding Case." (Doc. 12.) On June 4, 2025, Plaintiff filed a different First Amended Complaint and Request for Temporary Injunction (Doc. 13) and attached his original First Amended Complaint (Doc. 13-1[2]).

Despite these filings, Plaintiff has yet to comply with the Court's May 21, 2025 Order that he either pay the filing fee or submit a properly supported IFP motion. (Doc. 9.) Accordingly, Plaintiff's pending motions for injunctive relief (Docs. 11, 13) are **<u>DENIED</u> without prejudice**. Plaintiff is reminded that, if wishes to proceed with this case, he must either (a) pay the entire $405 civil filing and administrative fee or (b) file a renewed IFP Application with the required documentation **<u>on or before July 2, 2025</u>**.

**IT IS SO ORDERED**.

DATE: June 11, 2025

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

---

[1] Document No. 10 is duplicative of Document No. 7.
[2] Document No. 13-1 is duplicative of Document Nos. 7 and 10.